**Marquis Aurbach Coffing**
JACK CHEN MIN JUAN, ESQ.
Nevada Bar No. 6367
NICK D. CROSBY, ESQ.
Nevada Bar No. 8996
BRIAN R. HARDY, ESQ.
Nevada Bar No. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
 Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA K. KRAUSE,<br><br> Plaintiff,<br><br>vs.<br><br>NEVADA MUTUAL INSURANCE COMPANY, a Nevada corporation; TREAN CORPORATION, a Minnesota Corporation; and ANDREW O'BRIEN, Individually, DOES 1 through X, and ROE BUSINESS ENTITIES, 1 through X, inclusive,<br><br> Defendant. | Case No.:<br><br>Eighth Judicial District Court<br>Case No: A-11-653620-C |

**NOTICE OF REMOVAL**

TO: THE UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

Defendants, Nevada Mutual Insurance Company ("Nevada Mutual"), TREAN Corporation ("TREAN"), and Andrew O'Brien ("O'Brien"), (collectively "Defendants"), by and through their attorneys of record, hereby give notice of removal of the above-captioned action from the Eighth Judicial District Court of Clark County, Nevada, to the United States District Court for the District of Nevada. Removal of this action is authorized under 28 U.S.C. §§ 1331, 1441, and 1446. The specific grounds for removal are as follows:

1.  Plaintiff Sandra Krause ("Plaintiff") commenced this action against Defendants on December 21, 2011, by filing a Complaint for Discrimination, Retaliation, and Employment-Related Torts and Contracts ("Complaint") with the District Court of Clark County, Nevada. A true and correct copy of the Complaint is attached hereto as **Exhibit 1**.

M&A:12646-002 1579669_1 3/1/2012 9:52 AM

2. The state court issued summonses to Defendants on January 17, 2012. True and correct copies of these summonses are attached hereto as **Exhibits 2, 3, and 4**. Defendants were personally served with the Summonses and Complaint on February 10, 2012. A true and correct copy of the Notice of Service is attached hereto as **Exhibit 5**.

3. In the Complaint, Plaintiff alleges claims under Title VII of the Civil Rights Act of 1964, as amended by the 1991 Civil Rights Act, 42 U.S.C. § 2000e. Plaintiff also alleges claims under Nevada statutory and common law.

4. This action is subject to removal pursuant to 28 U.S.C. § 1441, in that it is one in which the district courts of the United States have original jurisdiction pursuant to 28 U.S.C. § 1331, because Plaintiff's Title VII claims arise under the laws of the United States.

5. This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a).

6. In accordance with 28 U.S.C. § 1446(b), this notice is filed with the court within thirty (30) days after Defendants received the Summonses and Complaint.

7. In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this notice will be given to Plaintiff and a copy of this notice shall be filed with the clerk of the District Court of Clark County, Nevada.

WHEREFORE, Defendants respectfully request that the above-captioned action be removed from the District Court of Clark County, Nevada, to this Court.

Dated this 1 day of March, 2012.

MARQUIS AURBACH COFFING

By _____
Jack Chen Min Juan, Esq.
Nevada Bar No. 6367
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Brian R. Hardy, Esq.
Nevada Bar No. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney(s) for Defendants

M&A:12646-002 1579669_1 3/1/2012 9:52 AM

## CERTIFICATE OF MAILING

I hereby certify that on the 1st day of March, 2012, I served a copy of the foregoing **NOTICE OF REMOVAL** upon each of the parties by depositing a copy of the same in a sealed envelope in the United States Mail, Las Vegas, Nevada, First-Class Postage fully prepaid, and addressed to:

> Kathleen J. England, Esq.
> ENGLAND LAW OFFICE
> 630 South Third Street
> Las Vegas, Nevada 89101
> Attorney for Plaintiff

and that there is a regular communication by mail between the place of mailing and the place(s) so addressed.

_/s/ Jessica Austin_
Jessica Austin, an employee of
Marquis Aurbach Coffing

M&A:12646-002 1579669_1 3/1/2012 9:52 AM