**Marquis Aurbach Coffing**
NICK D. CROSBY, ESQ.
Nevada Bar No. 8996
BRIAN R. HARDY, ESQ.
Nevada Bar No. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
   Attorneys for Defendants

**Fafinski Mark & Johnson, P.A.**
SHANNON MCDONOUGH, ESQ.
Minnesota Bar No. 259512
LISA BACHMAN, ESQ.
Minnesota Bar No. 264313
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344
(P) 952-224-9180
(F) 952-995-9577
www.fmjlaw.com
   Attorneys *Pro Hac Vice* for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA K. KRAUSE,<br><br>                   Plaintiff,<br><br>        vs.<br><br>NEVADA MUTUAL INSURANCE COMPANY, a Nevada corporation; TREAN CORPORATION, a Minnesota Corporation; and ANDREW O'BRIEN, Individually, DOES 1 through X, and ROE BUSINESS ENTITIES, 1 through X, inclusive,<br><br>                   Defendant. | Case No.:     2:12-cv-00342-JCM-CWH |

**<u>SECOND</u>     ORDER REGARDING DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

The above-captioned matter came on for hearing on May 24, 2012, on Defendants Nevada Mutual Insurance Company ("NMIC"), TREAN Corporation ("TREAN"), and Andrew O'Brien's (collectively, "Defendants") motion to dismiss certain claims in Plaintiff Sandra Krause's ("Plaintiff") Complaint.  Attorney Shannon M. McDonough, with the law firm of

FAFINSKE MARK & JOHNSON, appeared *pro hac vice*, with Nick D. Crosby, Esq., with the law firm of MARQUIS AURBACH COFFING, on behalf of Defendants. Attorney Kathleen J. England, with the law firm of ENGLAND LAW OFFICE, appeared on behalf of Plaintiff. After reviewing Defendants' Motion, Plaintiff's Opposition thereto, Defendants' Reply, and all the files, records, and pleadings on file herein, and upon oral argument by counsel, the Court orders as follows:

IT IS HEREBY ORDERED that Defendants' motion is granted in part and denied in part, as further set forth below:

1. Defendants' Motion to Dismiss Defendants DOES I through X and the ROE BUSINESS ENTITIES 1 through X is GRANTED. Plaintiff's claims against the Doe individual defendants and the Roe entity defendants are dismissed.

2. Defendants' Motion to Dismiss portions of Counts One, Two and Three against NMIC and TREAN is DENIED.

3. Defendants' Motion to Dismiss Count Four of Plaintiff's Complaint is GRANTED, such that Plaintiff's intentional infliction of emotional distress claim against all Defendants is dismissed.

4. Defendants' Motion to Dismiss Count Five of Plaintiff's Complaint is GRANTED, such that Plaintiff's constructive discharge claim against all Defendants is dismissed.

5. Defendants' Motion to Dismiss Count Six of Plaintiff's Complaint is GRANTED, such that Plaintiff's negligent hiring, supervision, and retention claim against NMIC and TREAN is dismissed.

6. Defendants' Motion to Dismiss Count Seven of Plaintiff's Complaint is GRANTED, such that Plaintiff's tortuous interference with employment relationship claim against O'Brien is dismissed.

7. Defendants' Motion to Dismiss Count Eight of Plaintiff's Complaint is GRANTED, such that Plaintiff's breach of the covenant of good faith and fair dealing claim against all Defendants is dismissed.

M&A:12646-002 1707223_1 6/18/2012 4:30 PM

1   8. Defendants NMIC and TREAN shall have 14 days from the date of this Order to
2   answer Counts One through Three of Plaintiff's Complaint.
3   IT IS SO ORDERED THIS 19th day of June, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

MARQUIS AURBACH COFFING

/s/ Nick D. Crosby, Esq.
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney for LVMPD Defendants

FAFINSKI MARK & JOHNSON, P.A.

/s/ Shannon McDonough, Esq.
SHANNON MCDONOUGH, ESQ.
Minnesota Bar No. 259512
LISA BACHMAN, ESQ.
Minnesota Bar No. 264313
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344
Attorneys *pro hac vice* for Defendants

Approved as to form and content by:
ENGLAND LAW OFFICE

/s/ Kathleen J. England
Kathleen J. England
Nevada Bar No. 206
630 S. Third Street
Las Vegas, NV 89101
Attorney for Plaintiff