1

2

3

4

5                    **UNITED STATES DISTRICT COURT**

6                         **DISTRICT OF NEVADA**

7

8    SANDRA K. KRAUSE,                          )
                                                )
9              Plaintiff,                        )        Case No. 2:12-cv-00342-JCM-CWH
                                                )
10   vs.                                         )        **ORDER**
                                                )
11   NEVADA MUTUAL INSURANCE CO., *et al.*,      )
                                                )
12             Defendants.                       )
     _____ )

13           This parties submitted a Stipulation and Proposed Protective Order (#46) which the Court

14   reviewed and entered in order to facilitate discovery.  This order modifies the protective order with

15   respect to filing documents under seal.  Any party seeking to submit documents under seal is

16   required to seek leave of Court consistent with Local Rule 10-5(b).

17

18           **IT IS ORDERED.**

19           DATED this 6th day of December, 2012.

20

21                                               _____
                                                 C.W. Hoffman, Jr.
22                                               United States Magistrate Judge

23

24

25

26

27

28