# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA K. KRAUSE, | ) |
| Plaintiff, | ) Case No. 2:12-cv-00342-JCM-CWH |
| vs. | ) **ORDER** |
| NEVADA MUTUAL INSURANCE CO., *et al*., | ) |
| Defendants. | ) |

The Court is in receipt of Plaintiff Sandra Krause's Notice of Service of Two Subpoenas for Records on the Nevada Division of Insurance (#58), filed February 19, 2013 and Plaintiff's Acknowledgment of Service (#53), filed January 22, 2013.  Pursuant to Local Rule 26-8, "[u]nless ordered by the Court, written discovery . . . shall not be filed with the Court."  Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall **strike** Plaintiff Sandra Krause's Notice of Service of Two Subpoenas for Records on the Nevada Division of Insurance (#58) and Plaintiff's Acknowledgment of Service (#53).

DATED this 20th day of February, 2013.

C.W. Hoffman, Jr.
United States Magistrate Judge