UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA K. KRAUSE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NEVADA MUTUAL INSURANCE CO., *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:12-cv-00342-JCM-CWH<br><br>**ORDER** |

　　　　This matter is before the Court on Defendants' Motion to File Documents Under Seal (#79), filed May 24, 2013, and Defendants' Motion to File Documents Under Seal (#88), filed June 3, 2013.

　　　　Citing to the existing protective order (see Dkt. #47), Defendants request in their motion (#79) that a complaint filed in state court and attached as an exhibit to a declaration submitted in support of the motion for sanctions (#80) be sealed. Defendants also request, citing the existing protective order, that documents attached to their pending motion for summary judgment be sealed. *See* Defs' Mot. (#88). The existing protective order was specifically entered to facilitate discovery. The Court did not enter a blanket order permitting the sealing of discovery documents for all purposes. Nor would it based on substantial Ninth Circuit case law to the contrary. Ultimately, Defendants have not provided points and authorities to support their requests. Pursuant to Local Rule 7-2(d), "[t]he failure of a moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion." The Court will deny these motions without prejudice. Defendants are invited to fully brief the sealing issue and are encouraged to start their research with a review of *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006).

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendants' Motion to File Documents Under Seal (#79) and Defendants' Motion to File Documents Under Seal (#88) are **denied without prejudice**. New motions, if any, shall be filed by Friday, June 14, 2013.

DATED: June 4, 2013.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge