Kathleen J. England, NV Bar #206
ENGLAND LAW OFFICE
630 S. Third Street
Las Vegas NV 89101
(702)385-3300
kengland@englandlawoffice.com

Melanie A. Hill, NV Bar #8796
LAW OFFICE OF MELANIE HILL
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148
(702)362-8500
(702)362-8505 (fax)
Melanie@MelanieHillLaw.com
*Attorneys for Plaintiff, Sandra K. Krause*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA K. KRAUSE,<br><br>  Plaintiff,<br><br>vs.<br><br>NEVADA MUTUAL INSURANCE COMPANY and TREAN CORPORATION,<br><br>  Defendants. | Case No.: 2:12-cv-00342-JCM-CWH<br><br>**STIPULATION FOR EXTENSION FOR PLAINTIFF TO FILE HER OPPOSITON TO DEFENDANTS' RULE 37(b) MOTION FOR SANCTIONS AND CONTEMPT [Dkt. 80]**<br><br>**(First Request)** |

Defendants filed their Rule 37(b) Motion for Sanctions and Contempt [Dkt. 80] on the Friday before Memorial Day weekend, May 24, 2013, and it was filed under seal. As a result of the filing under seal, counsel for Defendants mailed the Motion to counsel and it wasn't received by the undersigned until the following Wednesday, May 29, five days after it was filed due to the holiday weekend.

The justification for said extension is that Plaintiffs lead counsel who is handling this matter along with co-counsel will be unable to complete Plaintiff's opposition to Defendants Motion for

Page 1 of 3

Sanctions and Contempt because Ms. England has been out of state on State Bar of Nevada business since Thursday, June 6, and she did not return until Sunday, June 9, 2013. Upon her return, and in addition to this opposition and other oppositions and a reply plaintiff's counsel are preparing in this case, counsel are preparing for two separate depositions in another case.

Like Ms. England, Ms. Hill is a sole practitioner and had to attend to other pressing case commitments in a few of her federal criminal cases over the last week and a half and she has been unable to complete the opposition. Additionally, due to the nature of the motion, additional time is necessary to properly and completely oppose the Motion for Sanctions and Contempt and a modest ten day extension of the deadline is warranted.

At the request of Plaintiff's counsel, and as a professional courtesy among counsel, the parties agree to allow the Plaintiff a ten (10) day extension of time to file her opposition to Defendants Motion for Sanctions and Contempt. Plaintiff respectfully requests that the Court grant this stipulation allowing the Plaintiff an additional ten days (10) from Monday, June 10, 2013 to and including Thursday, June 20, 2013. This modest extension would not unduly delay or prejudice anyone in this matter and is warranted under the circumstances and based on the current procedural posture of this case.

THERFORE, THE PARTIES HERERBY STIPULATE AND AGREE that the time for Plaintiff to file her opposition to Defendants Motion for Sanctions and Contempt be extended for ten days from Monday, June 10, 2013 to and including **Thursday, June 20, 2013**.

Respectfully submitted: June 10, 2013.

By: /s/ Melanie A. Hill
    Melanie A. Hill
    Law Office of Melanie Hill
    9345 W. Sunset Rd., Suite 100
    Las Vegas, NV 89148
    *Attorneys for Plaintiff,*
    *Sandra K. Krause*

By: /s/ Shannon McDonough
    Shannon M. McDonough
    Lisa Bachman
    Fafinski Mark & Johnson, P.A.
    775 Prairie Center Drive, Suite 400
    Eden Prairie, MN 55344
    *Attorneys for Defendants TREAN and NMIC*

ENGLAND LAW OFFICE
ATTORNEYS AT LAW
630 SOUTH THIRD STREET
LAS VEGAS, NEVADA 89101
(702) 385-3300 • FAX (702) 385-3823

## ORDER

Based on the foregoing Stipulation of the parties and good cause appearing,

**IT IS HEREBY ORDERED** that the time for Plaintiff to file her opposition to Defendants Motion for Sanctions and Contempt be extended for ten days from Monday, June 10, 2013 to and including **Thursday, June 20, 2013**.

DATED this \_\_11th\_\_ day of June, 2013.

_____
U.S. Magistrate Judge Carl W. Hoffman

ENGLAND LAW OFFICE
ATTORNEYS AT LAW
630 SOUTH THIRD STREET
LAS VEGAS, NEVADA 89101
(702) 385-3300 • FAX (702) 385-3823