UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA K. KRAUSE, | ) |
| Plaintiff, | ) Case No. 2:12-cv-00342-JCM-CWH |
| vs. | ) **ORDER** |
| NEVADA MUTUAL INSURANCE CO., *et al*., | ) |
| Defendants. | ) |

This matter is before the Court on Defendants' Second Motion to Seal (#99), filed June 14, 2013. The motion is unopposed. "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Local Rule 7-2(d). Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Second Motion to Seal (#99) is **granted**.

DATED: December 12, 2013.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge