UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA K. KRAUSE, )<br>    )<br>        Plaintiff, )<br>    )<br>vs. )<br>    )<br>NEVADA MUTUAL INSURANCE CO., *et al.*, )<br>    )<br>        Defendants. )<br>_____ ) | Case No. 2:12-cv-00342-JCM-CWH<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for Leave to File Supplemental Exhibits (#134), filed August 1, 2013; Defendants' Response (#136), filed August 8, 2013; and Plaintiff's Reply (#139), filed August 18, 2013.  Plaintiff seeks leave to file two additional exhibits to her opposition (#104) to Defendants' motion for sanctions (#80).  The undersigned has reviewed the briefing and finds good cause for filing of the supplemental exhibits.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Supplemental Exhibits (#134) is **granted**.

DATED: December 16, 2013.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge