# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SANDRA K. KRAUSE,

        Plaintiff,

v.

NEVADA MUTUAL INSURANCE COMPANY, et al.,

        Defendants.

2:12-CV-342 JCM (CWH)

# ORDER

Presently before the court is the matter of *Krause v. Nevada Mutual Insurance Company, et al.*, case no. 2:12-cv-342-JCM-CWH.

There is currently a motion for summary judgment filed by defendants which is pending before the court. (Doc. # 89). This motion was submitted and briefed prior to a number of discovery-related motions filed by both sides. Over the last several months, the magistrate has issued numerous orders on those motions. In response to several adverse rulings, plaintiff has filed objections pursuant to LR 3-1 requesting this court reconsider those rulings. (*See* doc. ## 160, 162, 176). Those motions are yet to be fully briefed.

In light of these events, the court will deny the motion for summary judgment without prejudice. When the pending objections are fully briefed and ruled upon, the motion may be re-filed.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendants' motion for summary judgment (doc. # 89) be, and the same hereby is, DENIED without prejudice. The motion may be re-filed pending the outcome of the LR 3-1 objections.

DATED February 12, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -