**Marquis Aurbach Coffing**
NICK D. CROSBY, ESQ.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
Attorneys for Defendants

**Fafinski Mark & Johnson, P.A.**
SHANNON M. MCDONOUGH, ESQ.
Minnesota Bar No. 259512
TYLER P. BRIMMER, ESQ.
Minnesota Bar No. 0392700
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344
Telephone: (952) 995-9500
Facsimile: (952) 995-9577
shannon.mcdonough@fmjlaw.com
tyler.brimmer@fmjlaw.com
Attorneys *pro hac vice* for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA K. KRAUSE,<br><br>        Plaintiff,<br><br>vs.<br><br>NEVADA MUTUAL INSURANCE COMPANY, a Nevada corporation; and TREAN CORPORATION, a Minnesota corporation;<br><br>        Defendants. | Case No.: 2:12-cv-00342-JCM-CWH |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS' RESPONSES TO PLAINTIFF SANDRA KRAUSE'S MOTIONS FOR LEAVE TO FILE SUPPLEMENTAL AND RECENTLY DISCOVERED EVIDENCE IN RELATION TO BOTH MOTIONS FOR SUMMARY JUDGMENT REGARDING PAY DATA FOR ANOTHER TREAN VP (DOC. NOS. 234 AND 235)**

**(Second Request)**

        Pursuant to Local Rule 6-1, Plaintiff Sandra Krause ("Plaintiff") and Defendants Nevada

Mutual Insurance Company and Trean Corporation ("Defendants"), by and through their counsel of

record, hereby submit the following Stipulation for (a second) Extension of Time for Defendants to respond to Plaintiff Sandra Krause's Motions for Leave to File Supplemental and Recently Discovered Evidence in Relation to Both Motions for Summary Judgment Regarding Pay Data for Another Trean VP (Doc. Nos. 234 and 235) (Plaintiff's "Motions for Leave"), which were filed on February 19, 2015, and they respectfully request the Court grant this second extension for Defendants and subsequent briefing.

Plaintiff filed her Motions for Leave on February 19, 2015, which raised the issue of the discovery of a former male employee named Ryan Saul who was employed as a Trean VP and was not included on the compensation chart Defendants produced to Plaintiff and which had subsequently been filed as part of Defendants' pending Renewed Motion for Summary Judgment (Doc. No. 197) and Plaintiff's pending Motion for Partial Summary Judgment (Doc. No. 200). Under Local Rule 7-2, Defendants' response to these Motions for Leave was originally due on Thursday March 5, 2015. On March 4, 2015, Defendants requested and Plaintiff agreed to stipulate to a brief extension of time for Defendants' response to allow Defendants additional time to fully investigate the matter and the disclosures previously made. Plaintiff stipulated to the requested extension as a matter of professional courtesy until March 16, 2015. (Doc. No. 236.) On March 6, 2015, the Court granted the parties' stipulation. (Doc. No. 237.)

As a result of Plaintiff's Motions for Leave, Defendants and their counsel worked diligently to investigate this matter. As a result of this investigation, Defendants confirmed that Mr. Saul worked for Trean as a vice president for approximately five weeks in 2009 and that Mr. Saul's annualized salary was higher than Plaintiff's annualized salary in 2009, and they informed Plaintiff of the same. In addition, in light of the information uncovered about Mr. Saul, Defendants undertook a further investigation to confirm the accuracy of the information contained on the compensation chart. This investigation revealed other corrections that needed to be made to the compensation chart.

In light of these discoveries, Defendants sent an email to Plaintiff's counsel on Friday, March 13, 2015 advising Plaintiff of the same, and Defendants made proposals over the weekend, which Plaintiff was not willing to agree to. The parties have since engaged in multiple

1  correspondence about this matter.  To facilitate further discussions, Plaintiff offered to afford a

2  second, modest extension to the current deadlines for Defendants' response to Plaintiff's Motions

3  for Leave and to provide additional time to work out some of the disputed issues.  In light of these

4  circumstances, the parties submit that good cause exists to provide another short extension for

5  Defendants' response to Plaintiff's Motions for Leave.  No trial date has been set on this matter, and

6  permitting this short extension (of nine days) will allow the parties to carefully analyze the status of

7  the situation and its impact on the pending motions.

8  In light of the above, the parties hereby stipulate to extending the briefing schedule on

9  Plaintiff's Motions for Leave to allow Defendants until Wednesday, March 25, 2015 to file their

10  response to both of Plaintiff's Motions for Leave.  The parties have also agreed that Plaintiff shall

11  subsequently have until Friday, April 17, 2015 to file her reply in relation to her Motions for Leave.

12  This stipulation requesting that this extension be allowed is being made pursuant to Local

13  Rule 6-1, is being submitted prior to the expiration of the existing deadline, has been agreed to for

14  all the reasons set forth above, and will not unduly delay the course of these proceedings.

15  Dated:  March 16, 2015_____         Dated:  March 16, 2015_____

16

17  By: /s/ Kathleen J. England_____     By: /s/ Tyler P. Brimmer_____

18  Kathleen J. England                                Shannon M. McDonough
   England Law Office                                 Tyler P. Brimmer
19  630 South Third Street                             Fafinski Mark & Johnson, P.A.
   Las Vegas, NV  89101                               775 Prairie Center Drive, Suite 400
20                                                     Eden Prairie, MN  55344

21  Melanie A. Hill
   Law Office of Melanie Hill                         Nick Crosby
22  9345 W. Sunset Road, Suite 100                     Marquis Aurbach Coffing
   Las Vegas, NV  89148                               10001 Park Run Drive
23  *Attorneys for Plaintiff, Sandra Krause*           Las Vegas, NV  89145
                                                       *Attorneys for Defendants, NMIC and Trean*
24                                                     *Corporation*

25                                                     **IT IS SO ORDERED**

26

27  Dated: _____ March 19, 2015    _____
                                                     JAMES C. MAHAN
28                                                   United States District Judge