Kathleen J. England
NV Bar No. 206
ENGLAND LAW OFFICE
630 S. Third Street
Las Vegas NV 89101
(702)385-3300; (702) 385-3823 (fax)
kengland@englandlawoffice.com
*Attorney for Plaintiff, Sandra K. Krause*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA K. KRAUSE,<br>                Plaintiff,<br>vs.<br>NEVADA MUTUAL INSURANCE COMPANY, a Nevada corporation; and TREAN CORPORATION, a Minnesota corporation;       Defendants. | Case No.: 2:12-cv-00342-JCM-CWH<br><br>**Stipulation and Request for Extension of Time for Plaintiff to file Her Oppositional Response to Defendants' Motion for Leave to Supplement Record and File Supplemental Briefing, Etc. (Dkt. # 241)**<br><br>**(First Request)** |

On March 25, 2015, Defendants TREAN and Nevada Mutual Insurance Company filed a motion for leave to supplement the record and to file supplemental briefing in relation to various summary judgment motions (Dkt. #241) with eleven attachments, including five new declarations by TREAN officials and eight new documents. Under L.R. 7-2, Plaintiff Ms. Krause's response (opposition) would be due fourteen days later, i.e. by April 8, 2015.

At the request of Plaintiff's counsel, and because of the importance and complexity of the issues being presented, the parties have agreed to allow Plaintiff additional time to file her oppositional response. Additionally, in light of the new proposed timing of Plaintiff's response, and scheduling issues of Defendants' counsel during the revised timing of the due date of their reply, the parties have also agreed that Defendants shall have an additional three (3) days to file their reply brief. For the foregoing reasons and other good cause,

**IT IS HEREBY STIPULATED AND AGREED** that Plaintiff Sandra Krause may be

Page 1 of 2

permitted to and including **April 21, 2015** to file her response to "Defendants' Motion for Leave to Supplement the Record and File Supplemental Briefing on Defendants' Renewed Motion for Summary Judgment (Doc. No. 197) and Plaintiff's Motion for Partial Summary Judgment (Doc. No. 200.)," and that Defendants shall thereafter have until and including **May 1, 2015** to file their reply memorandum in support of their motion for leave.

This stipulation for an extension is being submitted prior to the expiration of the existing deadline, has been agreed to as a professional courtesy, and will not unduly delay the course of these proceedings.

Respectfully submitted:

Dated: April 7, 2015

By: _____
Kathleen J. England
England Law Office
630 South Third Street
Las Vegas, NV 89101

*Attorney for Plaintiff,
Sandra K. Krause*

Dated: April 7, 2015

By: _____
Shannon M. McDonough
Tyler Brimmer
Fafinski Mark & Johnson, P.A.
775 Prairie Center Drive, Ste. 400,
Eden Prairie, MN 55344

Nick Crosby
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for Defendants,
Nevada Mutual Insurance Company,
and TREAN Corporation*

**IT IS SO ORDERED.**

DATED: April 7, 2015.

_____
JAMES C. MAHAN
United States District Judge